```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MICHELE C. MARCHAND
    Assistant United States Attorney
 6  California Bar No. 93390
         U.S. Courthouse, 14th Floor
 7       312 North Spring Street
         Los Angeles, CA 90012
 8       Telephone: (213)894-2727
         Facsimile: (213)894-7177
 9
    Attorneys for Plaintiff
10  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $1,030,645.00 in U.S. Currency, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> DAVID ANTONIO FELIX-TAVIZON, ) <br> ) <br> Claimant. ) <br> _____ ) | NO.  CV 09-7571-AHM(MANx) <br><br> **CONSENT JUDGMENT OF FORFEITURE** |

Plaintiff United States of America ("plaintiff") initiated this action by filing a Verified Complaint for Forfeiture ("Complaint") on October 19, 2009.  Notice was given and published in accordance with law.  David Antonio Felix-Tavizon ("claimant") filed a timely claim and answer.  No other claims or answers have been filed, and the time for filing claims and

answers has expired.  Plaintiff and claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant $1,030,645.00 in U.S. currency (the "defendant currency"), other than claimant, are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $515,322.50 of the defendant currency and all interest earned thereon.  No other person or entity shall have any right, title or interest in the forfeited currency.  The United States Marshal Service is ordered to dispose of the forfeited currency in accordance with law.

4. The United States shall return to claimant $515,322.50 of the defendant currency and all interest earned thereon.  Said funds shall be forwarded by electronic funds transfer made payable to Sherman & Sherman Client Trust Account and shall be deposited in Ms. Sherman's Client Trust Account at Union Bank.  Said electronic funds transfer shall occur within thirty (30) days of entry of this Consent Judgment.

5. Except as to such rights and obligations created by this agreement, claimant hereby releases the United States of America, its agencies, agents, and officers, including employees

1  and agents of the United States Drug Enforcement Administration,
2  from any and all claims, actions or liabilities arising out of or
3  related to this action, including, without limitation, any claim
4  for attorneys' fees, costs or interest which may be asserted on
5  behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or
6  otherwise.
7       6.   The Court finds that there was reasonable cause for the
8  seizure of the defendant currency and for the institution of
9  these proceedings.  This judgment shall be construed as a
10 certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
11      7.   The Court retains jurisdiction over this matter to
12 effectuate the terms of this Consent Judgment.
13 DATED: June 29, 2010

15 **JS-6**                         _____
                                   HONORABLE A. HOWARD MATZ
                                   UNITED STATES DISTRICT JUDGE

17 **Approved as to form and content:**

18 DATED: June ____, 2010        ANDRÉ BIROTTE JR.
                                 United States Attorney
19                               CHRISTINE C. EWELL
                                 Assistant United States Attorney
20                               Chief, Criminal Division
                                 STEVEN R. WELK
21                               Assistant United States Attorney
                                 Chief, Asset Forfeiture Section
22
                                          /s/
23                               _____
                                 MICHELE C. MARCHAND
24                               Assistant United States Attorney

25                               Attorneys for Plaintiff
                                 United States of America
26

27 [*SIGNATURES CONTINUE ON NEXT PAGE*]

28

                                   3

1  DATED: June ___, 2010          SHERMAN & SHERMAN

2                                           /s/
                                  _____
3                                 JANET SHERMAN

4
   DATED: June ___, 2010          LAW OFFICES OF ANDRES Z. BUSTAMANTE
5
                                            /s/
6                                 _____
                                  ANDRES Z. BUSTAMANTE
7
                                  Attorneys for Claimant
8                                 David Antonio Felix-Tavizon

9  DATED: June ___, 2010

10                                          /s/
                                  _____
11                                DAVID ANTONIO FELIX-TAVIZON

12                                Claimant